IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Rayan Brooke Wolf and Aaron Thomas,<br><br>Defendants. | Case No. 1:19-cr-235 |

### ORDER GRANTING MOTION TO CONTINUE TRIAL

[¶1]   THIS MATTER comes before the Court on a Motion to Continue Trial filed by the Defendant Aaron Thomas on May 26, 2021.  Doc. No. 48. Trial is scheduled in this matter for June 8, 2021. Doc. No. 47. This is the Defendant's **fourth** request for a continuance of trial.

[¶2]   As grounds for the request, Counsel states the parties have negotiated a plea agreement, but the Defendant needs additional time to review the plea agreement with counsel. Doc. No. 48. Counsel has indicated the Defendant is in agreement with a continuance. Id. The Defendant has previously filed a waiver of his speedy trial rights. Doc. No. 33. Defense Counsel has indicated the United States does not oppose this Motion.

[¶3]   Upon consideration, the Court finds there is good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7)(A).  See United States v. Lucas, 499 F.3d 769, 782-83 (8th Cir. 2007); United States v. Hohn, 8 F.3d 1301, 1305 (8th Cir. 1993); United States v. Driver, 945 F.2d 1410, 1414 (8th Cir. 1991). Accordingly, the Court **GRANTS** the Defendant's Motion to Continue Trial.

[¶4]	Trial in this matter shall be rescheduled for Tuesday, August 17, 2021, at 9:30 a.m. in Bismarck Courtroom 1 before the undersigned. A three (3) day trial is anticipated. All time that elapses from the date of this Order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B).

[¶5]	**IT IS SO ORDERED.**

DATED May 27, 2021.

Daniel M. Traynor, District Judge
United States District Court